# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

THE WATERTOWN BANK & LOAN COMPANY, RE-
SPONDENT, *v.* WILLIAM W. DE ANGELIS, INDIVIDUALLY,
AND AS ADMINISTRATOR, ETC., IMPLEADED, ETC., APPELLANT.

Order denying motion to set aside the Referee's report affirmed,
with ten dollars costs and disbursements.

Opinion by SMITH, J.

THE SAME, RESPONDENT, *v.* THE SAME, APPELLANT.

Order of Special Term directing judgment for plaintiff on the
Referee's report affirmed, with costs to neither party.

CHARLES E. GREENLY, APPELLANT, *v.* CHRISTOPHER H.
CHASE, AS EXECUTOR, AND OTHERS, RESPONDENTS.

Decree of Surrogate reversed on questions of fact, and it is
directed that issues be made up to try the questions arising upon
the application to prove the will, to be tried at the next Circuit
Court to be held in Lewis county, costs of this appeal to abide the
event.

WILLIAM ALLING, AND OTHERS, AS EXECUTORS, ETC., AP-
PELLANTS, *v.* FREDERICK N. TOBEY, AS TRUSTEE, ETC., IM-
PLEADED, ETC., RESPONDENT.

Judgment reversed upon a question of fact, and a new trial
ordered, costs to abide event.

Opinion by SMITH, J.